**Opinion issued August 6, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00439-CV

————————————

## IN RE MARK MEHRENS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION[1]

In this original proceeding, relator Mark Mehrens seeks mandamus relief compelling the trial court to vacate its April 10, 2015 Order Denying Motion to Enter Judgment, and Referring Parties to Resume Mediation. The petition for writ of mandamus is **DENIED**. We lift the stay of the order issued by this Court on May 14, 2015. All pending motions are **DENIED AS MOOT**.

---

[1]    The underlying case is *In the Interest of A.A.B.M., a Child*, Cause No. 2001-58150, in the 257th Judicial District Court of Harris County, the Honorable Judy Warne, presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.